**Samuel DINERMAN, Appellant,**

v.

**BOWLEY & TRAVERS, INC., Appellee.**

**No. 117, Docket 27724.**

United States Court of Appeals
Second Circuit.

Argued Nov. 15, 1962.

Decided Nov. 15, 1962.

Irving P. Dinerman, New York City (Dinerman & Klatzke, New York City, on the brief), for appellant.

Charles Sutton, Brooklyn, N. Y. (Bonom & Wolfson, Brooklyn, N. Y., on the brief), for appellee.

Before LUMBARD, Chief Judge, and SWAN and WATERMAN, Circuit Judges.

PER CURIAM.

We affirm in open court the order of the district court which directed the Lincoln Savings Bank to pay to the appellee the sum of $816.65 which it holds on deposit in the name of the appellant, in satisfaction of a judgment against him. The judgment, representing costs and disbursements, arose out of the previous appeal to this court which was determined adversely to the appellant in Dinerman v. Bowley & Travers, Inc., 301 F.2d 464 (2 Cir., 1962).